**Order entered July 8, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01019-CV

## USAA CASUALTY INSURANCE COMPANY, Appellant

## V.

## SUNNY LETOT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00156-E**

### ORDER

Before the Court is appellant's July 7, 2021 unopposed third motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 22, 2021.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE